FIRST CITIZENS BANK AND TRUST COMPANY v. NORMAN A. POWELL
AND WIFE, DONNA C. POWELL

No. 462PA82

(Filed 11 January 1983)

WE granted defendants' petition for discretionary review under G.S. 7A-31 (1981) on 21 September 1982 to review the decision of the Court of Appeals. The decision of *Judge Arnold*, with which *Judges Hedrick* and *Wells* concurred, held the trial court did not abuse its discretion in striking defendants' answer and entering default judgment against them. 58 N.C. App. 229, 292 S.E. 2d 731 (1982). In so doing the court affirmed the judgment of *Barefoot, Judge*, entered 30 July 1981 during the 27 July 1981 Term of Civil Superior Court, ONSLOW County.

*Ward and Smith, P.A., by Robert H. Shaw, III, for plaintiff.*

*Fred W. Harrison for defendants.*

PER CURIAM.

The decision of the Court of Appeals is affirmed.

Affirmed.